UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LA'RIA CHAPMAN,<br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>LOGISTICARE SOLUTIONS, LLC,<br><br>    Defendant. | Case No. 2:20-cv-12875<br><br>Hon. Arthur J. Tarnow<br><br>Magistrate Judge Anthony P. Patti |

Jennifer McManus (P65976)
FAGAN MCMANUS, P.C.
25892 Woodward Avenue
Royal Oak, Michigan
(248) 542-6300
jmcmanus@faganlaw.com

Clif Alexander
Austin W. Anderson
ANDERSON ALEXANDER, PLLC
819 N. Upper Broadway
Corpus Christi, Texas 78401
(361) 452-1279
clif@a2xlaw.com
austin@a2xlaw.com

*Attorneys for Plaintiffs and Putative Collective Members*

Bronwyn H. Pepple
Colorado Bar No. 39908
WILLIAMS WEESE PEPPLE & FERGUSON PC
1801 California Street, Suite 3400
Denver, Colorado 80202
(303) 861-2828
bpepple@williamsweese.com

*Attorneys for Defendant LogistiCare Solutions, LLC*

## ORDER APPROVING SETTLEMENT AND DISMISSAL OF LAWSUIT WITH PREJUDICE

After a review of Plaintiffs' Unopposed Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice, the Settlement Agreement, and the

Declarations of Plaintiffs' Counsel, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See, e.g.*, *Dillworth et. al. v. Case Farms Processing*, *Inc.*, No. 5:08-cv-1694, 2010 WL 776933, at *9 (N.D. Ohio Mar. 8, 2010); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); 29 U.S.C. § 216.

It is therefore this 5th day of May, 2021 Ordered and Adjudged as Follows:

1. The Proposed Settlement is APPROVED, including, but not limited to, the Service Award, attorneys' fees and costs to Plaintiffs' Counsel, and Notice Process.

2. That for purposes of settlement a FLSA collective action is certified, consisting of the following:

> The "Settlement Collective" or the "Collective" consists of all current or former hourly employees who performed their work for LogistiCare Solutions, LLC who answer phone calls, emails, and/or chats from members, drivers, transportation providers, and clients (defined as Managed Care Organizations ("MCOs") or state agencies), and were employed by LogistiCare Solutions, LLC, anywhere in the United States, at any time from October 28, 2017 through the final disposition of this matter ("Putative Collective Members"), and all individuals who previously filed a consent to join this Lawsuit ("Named Plaintiff and the Opt-In Plaintiffs").

IT IS FURTHER ORDERED that:

- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement Agreement;

- Rust Consulting will serve as "Settlement Administrator" in providing notice, claim process and administration services under the Settlement Agreement;

- Named Plaintiff is appointed as the representative for the Settlement Collective; and

- Plaintiffs' Counsel (Jennifer McManus (P65976) of Fagan McManus, P.C. and Clif Alexander and Austin W. Anderson of Anderson Alexander, PLLC) are approved as Collective Counsel for the Settlement Collective.

IT IS FURTHER ORDERED that the form and content of the Notice of Proposed Settlement and the Claim Form attached to the Motion to Approve Settlement are adequate, proper, comport with Due Process, and they are hereby approved and authorized for distribution to Collective Members;

IT IS FURTHER ORDERED that Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, moderate extensions of

time that do not alter effective dates, and minor changes to other exhibits that they jointly agree are reasonable or necessary.

IT IS FURTHER ORDERED that this case be and is DISMISSED <u>with</u> Prejudice and <u>without</u> attorney fees or costs, except as provided in the Settlement Agreement.

<u>s/Arthur J. Tarnow</u>
Hon. Arthur J. Tarnow
United States District Judge

Entered: May 5, 2021